UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

DAVID POLZIN

                Plaintiff,

-vs-                                       Case No: 2010-cv-00325

MARINETTE MARINE CORPORATION,

                Defendant.

---

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

---

      NOW COMES the plaintiff, David Polzin, by his attorneys, Fox & Fox, S.C., Attorney Peter J. Fox, and the defendant, Marinette Marine Corporation, by its attorneys, Beulow Vetter Buikema Olson & Vliet, S.C., Attorney Joel S. Aziere, and pursuant to Rule 41 Fed. R. Civ. P. hereby jointly stipulate to the dismissal of the above-captioned matter with prejudice and without additional costs or attorney fees to either party.

      Dated this 19th day of April 2011.

| | |
|---|---|
| s/ Peter J. Fox | s/ Joel S. Aziere |
| FOX & FOX, S.C. | BEULOW VETTER BUIKEMA |
| SBN: 1037925 | OLSON & VLIET, S.C. |
| 735 W. Wisconsin Ave. | 20855 Watertown Road, Ste. 200 |
| 12th Floor | Waukesha, WI 53186 |
| Milwaukee, WI 53233 | T: 262/264-0250 |
| T: 414/326-3260 | jaziere@buelowvetter.com |
| 124 W. Broadway | |
| Monona, WI 53716 | |
| T: 608/258-9588 | |
| pfox@foxquick.com | |

## Order

Based on the afore-stated stipulation of the parties, the above-captioned matter is dismissed with prejudice and without further fees or costs to either party.

Dated this ___ day of _____, 2011.

                                          BY THE COURT

                                          _____
                                          Honorable William C. Griesbach
                                          District Court Judge